SHARON ESTHER BERMAN v. RONALD ALLAN.

September 5, 1978. Certification to Superior Court, Law Division granted.

STATE OF NEW JERSEY v. ROBERT HERMANN.

September 5, 1978. Motion for leave to appeal granted. (See 160 *N. J. Super.* 283)

STATE OF NEW JERSEY v. FREDERICK W. JONES.

September 5, 1978. Motion for leave to appeal granted. (See 160 *N. J. Super.* 283)

STATE OF NEW JERSEY v.
ROBERT HERMANN & FREDERICK W. JONES.

September 5, 1978. Motion for leave to appeal granted. (See 160 *N. J. Super.* 283)

HARRY BONNET v. STATE OF NEW JERSEY.

September 5, 1978. Motion for summary affirmance granted. (See 155 *N. J. Super.* 520)